THE STATE EX REL. PHEILS *v.* PIETRYKOWSKI, JUDGE, ET AL.

[Cite as *State ex rel. Pheils v. Pietrykowski*
(2001), 93 Ohio St.3d 1232.]

(No. 01–713—Submitted October 30, 2001—Decided December 19, 2001.)

The motion for reconsideration is granted.

The judgment in *State ex rel. Pheils v. Pietrykowski* (2001), 93 Ohio St.3d 460, 755 N.E.2d 893, decided October 17, 2001, is vacated, and this cause is dismissed.

DOUGLAS, Acting C.J., F.E. SWEENEY, PFEIFER, COOK and LUNDBERG STRATTON, JJ., concur.

MOYER, C.J., and RESNICK, J., not participating.

*Pheils & Wisniewski* and *David R. Pheils, Jr., pro se.*

*Julia R. Bates,* Lucas County Prosecuting Attorney, and *John A. Borell,* Assistant Prosecuting Attorney, for respondents.